# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLANGELI, | Case No. 5:17-cv-973 JAK (SPx) |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** JS-6 |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is GRANTED. This action, Case No. 5:17-cv-973 JAK (SPx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: October 20, 2017

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge